IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr374-MHT |
| | ) | (WO) |
| KENTEREIAN GEMAR THOMAS | ) | |

### ORDER

It is ORDERED that defendant Kentereian Gemar Thomas's motion to dismiss (Doc. 124) is denied as moot in light of the government's motion to dismiss the indictment against him (Doc. 280).

DONE, this the 6th day of January, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE