IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr374-MHT |
| | ) | (WO) |
| KENTEREIAN GEMAR THOMAS | ) | |

ORDER

It is ORDERED, AJUDGED, AND DECREED that:

(1) The government's motion to dismiss the indictment as to defendant Kentereian Gemar Thomas (Doc. 280) is granted.

(2) The indictment against defendant Kentereian Gemar Thomas (Doc. 1) is dismissed with prejudice, and defendant Thomas is discharged.

DONE, this the 6th day of January, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE